# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:90-cr-00117-HDM-CWH |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| LOUIS LOPEZ, | ) | |
| Defendant. | ) | |

The parties have filed a joint stipulation for discretionary relief pursuant to 18 U.S.C. § 3582(c) (#225). The United States Probation Office shall prepare an addendum to the Presentence Investigation Report and submit it to the court and counsel on or before December 12, 2011. Any objections to the addendum to the report shall be filed with the court on or before December 15, 2011. In addition to the parties, a copy of this order shall be served upon the United States Probation Office.

The court will then determine whether to conduct a hearing on the defendant's request for relief pursuant to the stipulation of the parties.

IT IS SO ORDERED.

DATED: This 6th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE